# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

1. **Saede Rebollar** — *Principal* — A078 970 420 — YOB: 1984 — United States
2. **Jorge Alberto Garcia-Alquicira** — *CO-PRINCIPAL* — A202 085 201 — YOB: 1991 — United States
3. **Marlon Enrique Gallegos-Rapalo** — *CO-PRINCIPAL* — A088 345 040 — YOB: 1981 — Honduras

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

United States District Court
Southern District of Texas
FILED
OCT 2 5 2014
Clerk of Court

Case Number:
M-14-2076-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 23, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Juan Ruiz-Barrera, citizen and national of the United Mexican States and Maria Cristina Garcia-Perez, citizen and national of Honduras, along with thirteen (13) other undocumented aliens, for a total of fifteen (15), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)     FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On October 23, 2014, at approximately 7:25 p.m., Border Patrol Agents were notified that Criminal Investigators assigned to the Texas Department of Public Safety Criminal Investigative Division (CID) were following two vehicles that were believed to be transporting suspected undocumented aliens northbound on Highway 281. Shortly after, DPS Troopers conducted traffic stops on both vehicles.

The 1st. vehicle, a GMC Envoy was stopped due to the lack of front license plates and unrestrained passengers. During the traffic stop of the GMC Envoy, the passengers absconded on to a ranch property located north of San Manuel. With the assistance of Border Patrol, a total of five subjects were arrested.
**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

Signature of Complainant
Jeremiah J. Abrego        Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

October 25, 2014                                           at  McAllen, Texas
Date                                                            City and State

Dorina Ramos                  , U. S. Magistrate Judge
Name and Title of Judicial Officer                          Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-14- 2076 -M

| RE: | Saede Rebollar | A078 970 420 |
|---|---|---|
| | Jorge Alberto Garcia-Alquicira | A202 085 201 |
| | Marlon Enrique Gallegos-Rapalo | A088 345 040 |

**CONTINUATION:**

One of the subjects later identified as Saede REBOLLAR, admitted to Trooper J. Dominguez that he was the driver of the GMC Envoy and that the occupants of the Hyundai Santa Fe were also involved in the smuggling event by acting as scouts for law enforcement. One of the subjects that was apprehended, later identified as Juan RUIZ-Barrera, became a material witness for this case.

The 2nd. vehicle, a Hyundai Santa Fe was stopped for faulty display of a license plate. This vehicle stopped without incident. The driver was identified as Jorge Alberto GARCIA-Alquicira and passenger was Marlon Enrique GALLEGOS-Rapalo.

REBOLLAR provided information regarding the location of the stash house located at 1405 Delmar Apt. D in Edinburg, Texas. REBOLLAR also stated that there were more undocumented aliens at the location, but that he did not know how many.

At approximately 10:00 p.m., F.I.S.T. Border Patrol Agents along with D.P.S. and Hidalgo County Deputy Constables conducted a knock and talk at 1405 Delmar, Apt D, Edinburg, Texas. A search of the location revealed a total of 11 undocumented aliens. One of the subjects later identified as Maria Cristina GARCIA-Perez, became a material witness for this case. All subjects were taken into custody and transported to Weslaco Border Patrol Station.

**PRINCIPALS STATEMENTS:**

All three principals were read their Miranda Rights.

1-Saede REBOLLAR stated he lives in Houston, Texas. REBOLLAR stated that he was the driver of the GMC Envoy. He was going to get paid $350 per undocumented alien that he transported to a location near Encino, Texas on Highway 281. He was transporting eight for a total of $2,800. He also knew the subjects in his vehicle were illegally present in the United States.

REBOLLAR stated that Hector, who lives in Houston, Texas instructed him to drive to Edinburg and wait for a call from Marlon, a caretaker, so he could pick up some aliens. Hector also gave him $700 to deliver to his nephew, Jorge Alberto GARCIA-Alquicira, AKA: Koke.

On October 23, 2014, at 5:30 p.m., he met with Koke for the first time and gave him the $700, he kept $200 and mentioned that the $500 leftover was for Marlon. At 6:00 p.m., they both met Marlon and Koke gave him the $500 for taking care of the stash house. They then followed Marlon to the stash house located at 1405 Delmar Apt. D in Edinburg, Texas. When they arrived, Koke parked his car and got in Marlon's car. Marlon then made a phone call and soon after 8 subjects came out of the house and jumped into his GMC Envoy.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-14- 2076 -M

| RE: | Saede Rebollar | A078 970 420 |
| --- | --- | --- |
| | Jorge Alberto Garcia-Alquicira | A202 085 201 |
| | Marlon Enrique Gallegos-Rapalo | A088 345 040 |

**CONTINUATION:**
Marlon instructed him to follow him north on HWY 281 until he reached the last blinking light in Encino where he was to drop off the aliens. They then drove north but were stopped by DPS. REBOLLAR further stated that he has smuggled aliens three or four times in the past. REBOLLAR identified both Jorge Alberto GARCIA-Alquicira AKA: Koke and Marlon Enrique GALLEGOS-Rapalo in a photo lineup.

2-Jorge Alberto GARCIA-Alquicira stated that he lives in Houston, Texas. He initially met Saede REBOLLAR, the driver of the GMC Envoy at his uncle's house in Houston, Texas. After meeting in Houston, they then drove down to Edinburg. On October 23, 2014, he was the driver of the Hyundai. Marlon was his passenger giving him instructions. Marlon told him that if they were going to get stopped, he was supposed to speed up and get the attention of the police so they could stop him instead of the GMC Envoy. GARCIA stated that he thinks he was going to get paid $500 for acting as a decoy.

3-Marlon Enrique GALLEGOS-Rapalo was read his Miranda Rights and refused to give a statement.

NOTE: Record checks for GALLEGOS revealed that on February 18, 2014, he was arrested in a 1 on 87 Administrative Alien Smuggling case. Charges were dropped at that time.

**MATERIAL WITNESSES STATEMENTS:**
Once at the Border Patrol Station, both of the material witnesses were advised of their Miranda Rights. Both stated that they understood their rights and were willing to provide a statement without the presence of an attorney.

1-Juan RUIZ-Barrera stated that he is a citizen and national of Mexico. Both of his sons made the smuggling arrangements for him. His sons have already paid $1,600 and they were going to pay an additional $2,000 once he arrived to Houston, Texas. On October 18, 2014, he was smuggled across the river into the United States and transported to a stash house in Roma, Texas. The next day he was moved to another house near Mission. He stayed there for three days, then he was oved agin to another house on Thursday. While at the stash house, an unknown man came into the house and told about 7 subjects to get into the vehicle. He then got on the front passenger seat of the vehicle and they drove off. RUIZ stated that he sat next to the driver. RUIZ identified Saede REBOLLAR in a photo lineup as the driver of the load vehicle. They then drove for about 20 minutes before the police stopped them. All the people in the vehicle exited the vehicle and ran attempting to elude arrest. He ran into the brush but got lost and decided to go back to the road. He then was picked up by a police officer and turned over to Border Patrol.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-14-2076-M

| RE: | | |
|---|---|---|
| | Saede Rebollar | A078 970 420 |
| | Jorge Alberto Garcia-Alquicira | A202 085 201 |
| | Marlon Enrique Gallegos-Rapalo | A088 345 040 |

**CONTINUATION:**
2-Maria Cristina GARCIA-Perez stated that she is a citizen and national of Honduras. She was going to pay $4,000 in smuggling fees to Houston, Texas. On or about October 22, 2014, her group of 15 subjects was smuggled into the United States. GARCIA identified Marlon Enrique GALLEGOS-Rapalo in a photo lineup as the individual that transported them to the stash house where she was encountered.